Susan St. Vincent
Legal Officer
Matthew McNease
Acting Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California  95389
Telephone:  (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JACK MICHAEL BLANDFORD, Jr.,<br><br>Defendant. | No.  6:15-mj-089-MJS<br><br><br>STIPULATION TO CONTIUE BENCH TRIAL; AND ORDER THEREON |

    IT IS HEREBY STIPULATED by and between Matthew McNease, acting legal officer for the National Park Service, and Defendant, Jack Michael BLANDFORD, Jr., by and through his attorney of record, Erin Snider, that the Bench Trial in the above-captioned matter currently set for June 9, 2016, shall be continued to July 6, 2016 at 9:00 AM. The Government's chief witness is unavailable on June 9, 2016.

\\

\\

1

Dated: March 22, 2016                        /S/ Matthew McNease
                                             Matthew McNease
                                             Acting Legal Officer
                                             Yosemite National Park


Dated: March 22, 2016                        /s/ Erin Snider
                                             Erin Snider
                                             Attorney for Defendant
                                             Jack Michael Blandford, Jr.


## ORDER

For good cause shown, the Court accepts and adopts the above Stipulation and ORDERS that the June 9, 2016 Bench Trial in the matter of *U.S. V. Jack Michael Blandford, Jr.,* 6:15-mj-089-MJS, is continued to July 6, 2016, at 9:00 AM.

IT IS SO ORDERED.

Dated:  March 28, 2016                        /s/ *Michael J. Seng*
                                              UNITED STATES MAGISTRATE JUDGE

2