Susan St. Vincent
Yosemite Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California 95389
Telephone: (209) 372-0241



FILED

JUN 05 2017

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JACK MICHAEL BLANDFORD,<br><br>Defendant. | DOCKET NO. 6:15-mj-00089-MJS<br><br>**AFFIDAVIT OF ALLEGED PROBATION VIOLATION(S)** |

I, Susan St. Vincent, Legal Officer for Yosemite National Park state the following is true and correct to the best of my knowledge and belief.

I am the legal officer in Yosemite National Park and serve as the prosecutor for misdemeanor matters arising in the park. I have been so employed for seven years.

In the normal course of my duties I, and other individuals acting in a similar capacity in my office, regularly conduct probation status reviews for defendants on court probation with the District Court in Yosemite.

In the normal course of my duties, I learned that defendant Jack Michael BLANDFORD Jr. has failed to pay a $250 fine, failed to obey all laws, and failed to provide proof of having attended AA two times weekly for 12 months of probation.

As the legal officer, I am aware that BLANDFORD was charged with being present in a park area when under the influence of alcohol to a degree that may

1

1 endanger oneself or another person, or damage property or park resources, in violation
2 of Title 36 Code of Federal Regulations § 2.35(c); threatening, resisting, intimidating, or
3 intentionally interfering with a government employee or agent engaged in an official duty,
4 or on account of the performance of an official duty, in violation of Title 36 Code of
5 Federal Regulations § 2.32(a)(1); and disobeying a lawful order, in violation of Title 36
6 Code of Federal Regulations § 2.32(a)(2).

7 On July 07, 2016, BLANDFORD plead guilty to the charge of being present in a
8 park area when under the influence of alcohol to a degree that may endanger oneself or
9 another person, or damage property or park resources, in violation of Title 36 Code of
10 Federal Regulations § 2.35(c). The other counts were dismissed. BLANDFORD was
11 sentenced to 12 months of unsupervised probation with the conditions that he obey all
12 laws; pay a fine of $250; advise the Court within 7 days of being cited or arrested for any
13 alleged violation of law; and attend AA two times weekly for 12 months of probation and
14 file sworn proof of attendance to the Court.

15 The government alleges BLANDFORD has violated the following condition(s) of
16 his unsupervised probation:

17 CHARGE ONE: FAILURE TO OBEY ALL LAWS

18 BLANDFORD was ordered to obey all laws. On 0722/2016, a summons was
19 executed by this Court ordering BLANDFORD to attend an initial appearance for court
20 case 6:16-mj-00055 charging six counts of Possession of a Controlled Substance. On
21 08/12/2016, BLANDFORD failed to appear in this Court. The Court issued a warrant as
22 to BLANDFORD.

23 CHARGE TWO: FAILURE TO PAY FINE

24 BLANDFORD was ordered to pay a fine of $250 at a rate of $25 per month,
25 commencing in July 2016 and each month thereafter until paid in full. To date,
26 BLANDFORD has not paid any of the $250 fine.

27 CHARGE THREE: FAILURE TO PROVIDE PROOF OF ATTENDING AA

28 BLANDFORD was ordered to attend AA two times weekly for 12 months of

probation and file sworn proof of attendance to the Court. As of the date of this affidavit, BLANDFORD has not provided proof of having attended any AA sessions.

6/5/17
Date

Susan St. Vincent
Legal Officer
Yosemite National Park, CA

Sworn to before me and subscribed in my presence in Yosemite National Park, California.

6/5/17
Date

Honorable Michael J. Seng
U. S. Magistrate Judge
Eastern District of California